**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Brian M. Kesler, | ) | No. 5:20-cv-01206-GTS-TWD |
| *Plaintiff*, | ) | |
| | ) | Glenn T. Suddaby |
| v. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Thérèse Wiley Dancks |
| Acting Commissioner of the | ) | United States Magistrate Judge |
| Social Security Administration | ) | |
| *Defendant*. | ) | |

## Order

  The Commissioner's motion to remand is granted and this matter is remanded for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). On remand, the Appeals Council will direct the Administrative Law Judge to offer plaintiff the opportunity for a hearing and issue a new decision.

*[signature]*
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: September 20, 2021